**Rodney Ray CARPENTER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77374**

Missouri Court of Appeals,
Western District.

ORDER FILED: March 3, 2015

Rodney Ray Carpenter, Appellant Pro Se.

Adam S. Rowley, Jefferson City, MO, for Respondent.

Before Division One: Cynthia L. Martin, Presiding Judge, Thomas H. Newton, Judge and Mark D. Pfeiffer, Judge

## ORDER

Per curiam:

Rodney Ray Carpenter, appearing *pro se,* appeals from the motion court's denial of his Rule 24.035 motion. Carpenter argues that the trial court erred in denying his motion for post-conviction relief. Carpenter also alleges that he was entitled to appointed counsel in connection with this appeal. Finding no error, we affirm. Rule 84.16(b).